UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AZAD RAHMANI,<br><br>                    Petitioner(s),<br><br>    v.<br><br>PAMELA BONDI, et al.,<br><br>                    Respondent(s). | CASE NO. C26-362-KKE<br><br>ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS AND MOTION TO APPOINT COUNSEL |

This is a federal habeas action filed under 28 U.S.C. § 2241. Dkt. No. 1-1. The Federal Public Defender's Office, on behalf of Petitioner, has filed a petition for writ of habeas corpus (Dkt. No. 1-1), an application to proceed in forma pauperis ("IFP") (Dkt. No. 1), and a motion to appoint counsel (Dkt. No. 2). For the reasons below, the Court: (1) grants Petitioner's request to proceed IFP, and (2) grants his motion to appoint counsel.

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a). In support of his request to proceed IFP, Petitioner provides a declaration which asserts that, for the past twelve months, he has received $0 in income. Dkt. No. 1. Petitioner generally asserts that he is entitled to relief and that he cannot pay filing costs. *Id.* Accordingly, the Court will grant Petitioner's application to proceed IFP.

ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS AND MOTION TO APPOINT COUNSEL - 1

Having reviewed the application to proceed IFP (Dkt. No. 1), petition for writ of habeas corpus (Dkt. No. 1-1), and motion to appoint counsel (Dkt. No. 2), the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B).  Further, as required by statute, Petitioner has demonstrated through his IFP application his financial eligibility for such appointment.  *See* Dkt. No. 1.  Accordingly, the Court will grant Petitioner's request for appointment of counsel.  Dkt. No. 2.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's application to proceed IFP (Dkt. No. 1) and motion to appoint counsel (Dkt. No. 2) are GRANTED;

(2) IT IS ORDERED that Assistant Federal Public Defender Dennis Carroll is appointed to represent Petitioner.

Dated this 3rd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS AND MOTION TO APPOINT COUNSEL - 2