THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AZAD RAHMANI, <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, Attorney General of the United States, et al., <br><br> Respondents. | No. CV26-362-KKE <br><br> ORDER TO EXTEND REPLY DEADLINE |

THE COURT has considered Petitioner Azad Rahmani's unopposed motion to extend the deadline for filing a traverse/reply along with the records in this case.

IT IS ORDERED that Petitioner Rahmani's traverse/reply is due no later than February 27, 2026.

DATED this 20th day of February 2026.

*[signature]*

Kymberly K. Evanson
United States District Judge

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Petitioner Azad Rahmani

ORDER TO EXTEND REPLY DEADLINE
(*Rahmani v. Bondi, et al.*, No. CV26-362-KKE) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100